| | |
|---|---|
| 1 | LAW OFFICES OF LELAND B. ALTSCHULER |
| 2 | LELAND B. ALTSCHULER (CABN 81459) |
| 3 | 2995 Woodside Road, Suite 350 |
| | Woodside, CA 94062 |
| 4 | Telephone: (650) 328-7917 |
| | Facsimile: (650) 989-4200 |
| 5 | Lee@AltschulerLaw.com |
| 7 | Attorney for |
| | ROY CERVANTES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 10-0064-SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION BY |
| | ) | DEFENDANT ROY CERVANTES FOR |
| v. | ) | SUBSTITUTION OF COUNSEL (Proposed) |
| | ) | |
| ROY CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court GRANTS the Application of Defendant Roy Cervantes for an Order substituting the Law Offices of Leland B. Altschuler in the place and stead of David Shapiro, Esq., previously appointed.

ORDER GRANTING APPLICATION BY
DEFENDANT ROY CERVANTES FOR              - 1 -
SUBSTITUTION OF COUNSEL (PROPOSED)

1     Effective immediately, Mr. Shapiro is relieved and is discharged from any further
2 responsibility in this matter.

5 DATED: April 23, 2010.

By: _____
BERNARD ZIMMERMAN
U.S. Magistrate Judge

ORDER GRANTING APPLICATION BY
DEFENDANT ROY CERVANTES FOR     - 2 -
SUBSTITUTION OF COUNSEL (PROPOSED)