1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9
   Attorneys for the United States of America
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,      )   No: CR 10-0064 SI
15                                )
         Plaintiff,                )
16                                )   STIPULATION AND [PROPOSED] ORDER
       v.                         )   EXCLUDING TIME
17                                )
   ROY CERVANTES,                 )
18                                )
         Defendant.                )
19                                )
                                  )
20 _____)

21

22      The above-captioned matter came before the Court on April 23, 2010, for initial

23 appearance. The defendant was represented by Leland B. Altschuler, and the government was

24 represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to

25 April 30, 2010, at 11:00 am for initial appearance in District Court.

26      The Court made findings on April 23, 2010, that the time from and including April 23,

27 2010, through and including April 30, 2010, should be excluded under the Speedy Trial Act, 18

28 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0064 SI

|   |   |
|---|---|
| 1 | best interest of the public and the defendant in a speedy trial. The finding was based on the need |
| 2 | for the defendant to have reasonable time necessary for effective preparation and for continuity of |
| 3 | counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). |

The parties hereby agree to and request that the case be continued until April 30, 2010, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: April 26, 2010

/s/
LELAND B. ALTSCHULER
Counsel for Defendant

DATED: April 26, 2010

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered. 4/30/10
DATED:

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE
/VAUGHN R. WALKER/

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0064 SI                                    2